UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD HONE,
*On behalf of* S.H.T, a minor child

        Plaintiff,

v.                                                                  Case No. 8:25-cv-00790-KKM-AEP

JAMES MYERS ET AL.,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

This cause comes before the Court *sua sponte*. On April 8, 2025, this Court ordered, *inter alia*, that Plaintiff's demand for all communications to occur by mail need not occur and directed the parties to confer by email, phone, or videoconference (Doc. 11). On April 23, 2025, this case was referred to the IDEAL program (Doc. 14). Also on April 23, 2025, Defendants filed a Motion to Compel (Doc. 15) ("Motion"), which requests that Plaintiff be required to register his email address with the Court. In the Motion, Defendants assert that Plaintiff initially corresponded with Defendants and the Court via email, but Plaintiff later deleted his email address from the CM/ECF system and demanded all communication to be mailed in hard-copy form. The Defendants also assert that Plaintiff recently decided to refuse service by mail of Defendants' pleadings. On May 6, 2025, the Court ordered Plaintiff Richard Hone to contact the undersigned's courtroom deputy to confirm an email address (Doc. 20). On May 21, 2025, the Court entered an Order to Show Cause as to Plaintiff, ordering him to contact the undersigned's chambers, request to speak to the courtroom deputy, provide an email address, and schedule an IDEAL hearing. The Order also indicated that failure to abide by the Court's Order to Show Cause within the allotted time would result in a recommendation of dismissal.

Despite the Court's warning regarding dismissal, Plaintiff failed to contact the undersigned's chambers, provide an email address, and schedule an IDEAL hearing within the allotted time. As such, it appears that Plaintiff is not diligently prosecuting this matter. Based on the foregoing, it is hereby

RECOMMENDED:

1. The action be DISMISSED for want of prosecution.

2. The Clerk be directed to terminate any deadlines and close the case.

IT IS SO REPORTED in Tampa, Florida, on this 26th day of June, 2025.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

cc:   Hon. Kathryn K. Mizelle
      Counsel of Record