UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD HONE, *on behalf of*
S.H.T.,

     Plaintiff,

v.                                                                    Case No. 8:25-cv-790-KKM-AEP

JAMES S. MYERS, et al.,

     Defendants.

_____

## ORDER

In a June 26, 2025, Report and Recommendation (R&R) (Doc. 24), the United States Magistrate Judge recommends that this action be dismissed for want of prosecution. *See* Local Rule 3.10. The deadline to object has passed without an objection.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must review de novo that factual issue. *Stokes v. Singletary*, 952 F.2d 1567, 1576 (11th

Cir. 1992). The district court reviews legal conclusions de novo, even absent an

objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994);

*Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246

(M.D. Fla. 2019).

Absent an objection and after reviewing the factual allegations and legal

conclusions, the Court adopts the Magistrate Judge's Report and Recommendation.

In their motion for an extension of time, the defendants included an email from

plaintiff Richard Hone responding to the defendants' efforts to confer under Local

Rule 3.01(g):

> OPPOSE. Let's make it easy, I OPPOSE everything you are doing in
> your "representation" of all these useless scumbags. Also, in the future,
> ONLY mail me your requests. I don't have the time or the temerity to
> be bothered by your harassing emails.

(Doc. 8) at 7. The Magistrate Judge chastened Hone for his lack of civility and

ordered that the parties "confer by email, phone, or videoconference for any future

necessary conferrals." (Doc. 11) at 2–3. The defendants later reported that Hone had

"deleted his email address from the CM/ECF system" and later "decided to refuse

service by mail" as well. (Doc. 15) at 3–4. The Magistrate Judge responded by

ordering Hone to contact the Magistrate Judge's courtroom deputy to confirm

Hone's email address (so that the Magistrate Judge could schedule the IDEAL

program case management conference). (Doc. 20). Hone failed to respond to this order, so the Magistrate Judge ordered him to show cause why the action should not be dismissed for failure to prosecute. (Doc. 22). When Hone failed to respond again, the Magistrate Judge recommended dismissal. R&R. Hone's repeated "failure to comply with court orders" warrants dismissal under Local Rule 3.10. *Gomez v. Cap. One Bank, N.A.*, No. 8:24-cv-1047-KKM-NHA, 2024 WL 4170145, at *1 (M.D. Fla. Sep. 12, 2024).

Accordingly, the following is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 24) is **ADOPTED** and made a part of this order for all purposes.

2.    This case is **DISMISSED WITHOUT PREJUDICE**.

3.    The clerk is directed to **ENTER JUDGMENT**, which shall read: "This case is dismissed without prejudice."

4.    The clerk is further directed to **TERMINATE** any pending motions and deadlines, and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on July 17, 2025.

Kathryn Kimball Mizelle
United States District Judge

3